UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ -----X

DOVER LIMITED,                                      :
                                                    :
                                                    :        Case No.   07-Cv-11215(UA)
                    Plaintiff,                       :
                                                    :
                 vs.                                :
                                                    :
A.B. WATLEY, INC., and A.B. WATLEY GROUP,  :
INC.                                                :
                                                    :
                                                    :
                    Defendants.                     :
                                                    :
------------------------------------------------------------ -----X

PURSUANT TO RULE 7.1 [Formerly Local Rule 1.9] OF THE FEDERAL RULES OF

CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE

COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE

UNDERSIGNED COUNSEL FOR __Dover Limited__ (A PRIVATE NON-

GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE

PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE

PUBLICLY HELD:

    None.

Date: 12/13/07

_____
Thomas M. Mullaney (TM 4274)