UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

DOVER LIMITED,

                Plaintiff,

-against-

A.B. WATLEY, INC., et ano,

                Defendants.

----------------------------------------------------------x

**ORDER**

07 Civ. 11215 (DLC)(FM)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/5/08]

**FRANK MAAS**, United States Magistrate Judge.

It is hereby ORDERED that a conference in this matter shall be held on March 6, 2008, at 2:30 p.m. in Courtroom 20A.

SO ORDERED.

Dated:    New York, New York
            March 4, 2008

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Thomas M. Mullaney, Esq.
Law Offices of Thomas M. Mullaney
(212) 661-9860 (fax)

Donald G. Davis, Esq.
Ellenoff Grossman & Schole LLP
(212) 370-7889 (fax)