UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DOVER LIMITED,                                  :

                Plaintiff,           :   **ORDER**

                                       :   07 Civ. 11215 (DLC)(FM)

    -against-

                                       :

A.B. WATLEY, INC., et ano,

                                       :

                Defendants.

                                       :
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to a conference held yesterday, it is hereby ORDERED that:

1. The defendants' application for a protective order is granted, without prejudice to the service of a new a subpoena duces tecum on Ellenoff Grossman & Schole LLP requiring the production of documents relating to (a) the interrelationship between the defendants and A.B. Watley Direct ("Direct") and (b) the defendants' assets held by Direct. No such subpoena may be served, however, until the issue of whether the plaintiff has released Direct from any alter-ego liability has been resolved.

2. Any restraining notice served on Direct shall restrain only the defendants' assets held by Direct.

3. On or before March 20, 2008, any dispositive motions shall be served and filed.

4. On or before April 10, 2008, any opposition papers shall be served and filed.

    5.    On or before April 21, 2008, reply papers may be served and filed.

    6.    The conference scheduled for March 27, 2008, is cancelled.

SO ORDERED.

Dated:    New York, New York
            March 7, 2008

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable Denise L. Cote
United States District Judge

Thomas M. Mullaney, Esq.
Law Offices of Thomas M. Mullaney
(212) 661-9860 (fax)

Donald G. Davis, Esq.
Ellenoff Grossman & Schole LLP
(212) 370-7889 (fax)