USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DOVER LIMITED,                          :

                Plaintiff,              :

                                        :

    -against-                       :

A.B. WATLEY, INC., et ano.,             :

                Defendants.             :

------------------------------------------------------------x

**CORRECTED ORDER**

07 Civ. 11215 (DLC)(FM)

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to a conference held March 6, 2008, it is hereby ORDERED that:

1. The defendants' application for a protective order is granted, without prejudice to the service of a new a subpoena duces tecum on Ellenoff Grossman & Schole LLP requiring the production of documents relating to (a) the interrelationship between the defendants and A.B. Watley Direct ("Direct") and (b) the defendants' assets held by Direct. No such subpoena may be served, however, until the issue of whether the plaintiff has released Direct from any alter-ego liability has been resolved.

2. Any restraining notice served on Direct shall restrain only the defendants' assets held by Direct. Additionally, the plaintiff shall not serve any restraining notice on any of the entities with which Direct does business, other than the defendants in this action.

3. On or before March 20, 2008, any dispositive motions shall be served and filed.

4. On or before April 10, 2008, any opposition papers shall be served and filed.

5.  On or before April 21, 2008, reply papers may be served and filed.

6.  The conference scheduled for March 27, 2008, is cancelled.

SO ORDERED.

Dated:  New York, New York
        March 10, 2008

_____
FRANK MAAS
United States Magistrate Judge


Copies to:

Honorable Denise L. Cote
United States District Judge

Thomas M. Mullaney, Esq.
Law Offices of Thomas M. Mullaney
(212) 661-9860 (fax)

Donald G. Davis, Esq.
Ellenoff Grossman & Schole LLP
(212) 370-7889 (fax)