## MEMO ENDORSED

LAW OFFICES OF
### THOMAS M. MULLANEY
708 THIRD AVENUE, SUITE 2500
NEW YORK, NEW YORK 10017
Tel.: (212) 223-0800
Fax: (212) 661-9860

March 18, 2008

**BY FACSIMILE**

Hon. Frank Maas
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

**APPLICATION GRANTED
SO ORDERED**

Frank Maas, USMJ 3/18/08

Re: _Dover Limited, et al. v. A.B. Watley Group, Inc and A.B. Watley, Inc._
07-Civ-11215 (DLC)(FM)

Dear Magistrate Maas:

I write with the consent of defendant/judgment debtors' counsel to seek a one-week extension of the briefing schedule for dispositive motions set by Your Honor. Under the new schedule, Dover's motion would be due March 27, the judgment debtors' opposition on April 17, with reply papers being due April 28.

Respectfully Submitted,

Thomas M. Mullaney

Cc:    Donald G. Davis, Esq.
Ellenoff Grossman & Schole LLP
370 Lexington Avenue
New York, NY 10017
By electronic mail



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/08