**MEMO ENDORSED**

LAW OFFICES OF
THOMAS M. MULLANEY
708 THIRD AVENUE, SUITE 2500
NEW YORK, NEW YORK 10017
Tel.: (212) 223-0800
Fax: (212) 661-9860

RECEIVED
MAR 20 2008
CHAMBERS OF
DENISE COTE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/08

March 18, 2008

**BY REGULAR MAIL**

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Dover Limited, et al. v. A.B. Watley Group, Inc and A.B. Watley, Inc.*
    07-Civ-11215 (DLC)(FM)

Your Honor:

    I write pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, to seek an enlargement of time to object to the Corrected Order of Magistrate Frank Maas, dated march 10, 2008 and served March 11, 2008, a copy of which I attach for the Court's convenience. Magistrate Maas set a briefing schedule for dispositive motions, which on consent has been adjourned one week, with Dover's motion now due March 27. Dover requests, again with the consent of defendant/judgment creditors, that the Court permit Dover to serve and file objections to Magistrate's Order on the same date. This would be an extension of two days, given that four weekend days fall within the ten day period. No previous requests for an extension have been made.

Respectfully Submitted,

Thomas M. Mullaney

Cc:    Donald G. Davis, Esq.
    Ellenoff Grossman & Schole LLP
    370 Lexington Avenue
    New York, NY 10017
    By electronic mail

Granted.
Denise Cote
March 20, 2008