USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DOVER LIMITED,

        Judgment Creditor,

    -against-

A.B. WATLEY, INC., and A.B. WATLEY
GROUP, INC.,

        Judgment Debtors.

-------------------------------------------------------------- X

Case No. 07-CV-11215(DLC)(FM)

**STIPULATION AND ORDER
OF DISCONTINUANCE
<u>WITHOUT PREJUDICE</u>**

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorney for Judgment Creditor Dover Limited and the attorneys for judgment debtors A.B. Watley, Inc., and A.B. Watley Group, Inc., in the above-entitled action, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party herein has an interest in the subject matter of this action, that Judgment Creditor's actions against judgment debtors A.B. Watley, Inc., and A.B. Watley Group, Inc. be discontinued without prejudice and without costs, disbursements and/or attorneys' fees to either party as against the other. ~~Upon the final payment coming due under the Settlement Agreement dated April 17, 2008, by which the parties have agreed to discontinue this action, Judgment Creditor shall file a Stipulation of Discontinuance with Prejudice with this Court.~~ The parties further agree to the continuing jurisdiction of the Honorable Denise L. Cote over this action and

{00074539.DOC.1}

any and all disputes that may arise under the Settlement Agreement. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
April 17, 2008


ELLENOFF GROSSMAN & SCHOLE LLP        LAW OFFICES OF THOMAS M. MULLANEY

By: _____    By: _____
    Donald G. Davis, Esq. (DD 3282)        Thomas M. Mullaney (TM 4274)

150 E. 42nd Street                     708 Third Avenue, Suite 2500
New York, New York 10017               New York, New York 10017
(212) 370-1300                         (212) 223-0800
Attorneys for Judgment Debtors         Attorneys for Judgment Creditor
A.B. Watley, Inc., and A.B. Watley     Dover Ltd.
Group, Inc.


SO ORDERED,

_____
The Hon. Denise L. Cote, U.S.D.J.

April 21, 2008